

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA
(CIVIL ORDER--GENERAL)

Civil Case No.  CIV 00-529-TUC-RCC             Date April 24, 2001

Title    United States of America v. LSL Biotechnologies, Inc., et al.

================================================================

**HONORABLE RANER C. COLLINS**

================================================================

Pending before the Court is Defendants' December 13, 2000 Request for Oral Argument. On January 2, 2001, Plaintiff filed a response to Defendants' request. After reviewing the parties' filings, oral argument on Defendants' Motion to Dismiss the Complaint is hereby set for **Monday, July 9, 2001 at 9:00 a.m.** for 1 hour at the United States District Court, 405 W. Congress, Tucson, Arizona.

**IT IS HEREBY ORDERED** that Defendants' Request for Oral Argument [Doc. #21.] is GRANTED.

RANER C. COLLINS
United States District Judge