FILED ___ LODGED
___ RECEIVED ___ COPY

APR 27 2001

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LSL BIOTECHNOLOGIES, INC., ) <br> SEMINIS VEGETABLE SEEDS INC., and ) <br> LSL PLANTSCIENCE LLC, ) <br> ) <br> Defendants. ) | No. CV 00-529-TUC-RCC <br><br><br><br> **ORDER** |

Pending before the Court is Plaintiff's March 25, 2001 Motion for Leave to File a Surreply. Defendants LSL Biotechnologies, Inc. and LSL Plantscience LLC filed a response to Plaintiff's motion indicating that they had no opposition to Plaintiff filing a surreply as long as they had an opportunity to respond. Both Plaintiff and Defendants have filed copies of their proposed additional briefing. The Court will grant leave to the parties to file their additional briefing.

....

....

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to File a Surreply [Doc. 39] is GRANTED and Defendants' proposed Response to Surreply will be considered by the Court.

Dated this 23rd day of April, 2001.

_____
RANER C. COLLINS
United States District Judge